# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MEDICAL DOCTOR ASSOCIATES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:15-cv-01068 |
| ) | |
| PETER GUERRERO, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Medical Doctor Associates, LLC hereby files its Corporate Disclosure Statement, informing the Court that Benefit Street Partners, L.L.C. and Providence Equity Capital Markets, L.L.C. collectively have beneficial ownership of 11% of Plaintiff's common stock through convertible notes.

Respectfully submitted, this 6th day of October, 2015.

**JACKSON LEWIS P.C.**

/s/ O. John Norris, III
O. John Norris, III (TN Bar No. 017504)
999 Shady Grove Road, Suite 110
Memphis, Tennessee 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
Email: norrisj@jacksonlewis.com

Robert W. Capobianco (GA Bar No. 106102)*
Adriana Midence Scott (GA Bar No. 142298)*
1155 Peachtree Street N.E., Suite 1000
Atlanta, Georgia 30309
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
Email: capobiar@jacksonlewis.com

adriana.scott@jacksonlewis.com

ATTORNEYS FOR PLAINTIFF

*Pro Hac Vice Application forthcoming

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEDICAL DOCTOR ASSOCIATES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:15-cv-01068 |
| ) | |
| PETER GUERRERO, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** will be served upon Defendant by process server, with a courtesy copy send via first class and electronic mail to his known counsel:

> Dave Roberts, Esq.
> Hall, Arbery, Gilligan, Roberts & Shanlever LLP
> 3340 Peachtree Road, N.E., Suite 1900
> Atlanta, Georgia 30326
> droberts@hagllp.com

> /s/ O. John Norris, III
> O. John Norris, III (TN Bar No. 017504)